IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01044-BNB

DEMETRIUS THOMAS,

    Plaintiff,

v.

SGT. JOHNSON,
SGT. SCHWARTZ,
OFFICER SHRINER,
OFFICER WIKEUM,
NURSE PRACTITIONER BOYD,
JANE DOE,
JOHN DOE # 1, and
JOHN DOE # 2,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff's "Motion for Court Order" (Doc. # 11) filed on June 24, 2011.  In the motion, Plaintiff requests a court order directing prison officials to provide him with a certified account statement.  In conjunction with the motion, Plaintiff has filed an "Offender Response Form" in which it appears that Plaintiff's case manager, D. Combs, has denied Plaintiff's request for a 6-month certified account statement.  Pursuant to the Court's May 19, 2011, Order Allowing Plaintiff to Proceed Pursuant to 28 U.S.C. § 1915 without Payment of an Initial Partial Filing Fee, Plaintiff is required to make monthly payments to the Court or **file a current certified copy of his trust fund account statement**.  In order to comply this Order, Plaintiff **must** file a 6-month certified account statement **each month**.  Plaintiff is directed to show this Minute Order to the appropriate prison official.  If his request for a certified 6-month account statement is again denied, the prison official is directed to provide documentation regarding the reason for the denial.  The Motion (Doc. # 11) is DENIED as unnecessary.

Further, Plaintiff's Motion for Extension of Time to submit a certified account statement (Doc. # 10) is GRANTED.  Plaintiff is directed to submit a certified 6-month account statement within **thirty (30) days** of the date of this order.

Finally, Plaintiff's "Motion to Withdraw Alternative Statutes" (Doc. # 5) filed on May 13, 2011, is DENIED as unnecessary.

Dated:  June 28, 2011

_____