```
                                              F I L E D
                                         UNITED STATES DISTRICT COURT
                                             DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUN 29 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01044-BNB

DEMETRIUS THOMAS,

    Plaintiff,

v.

SGT. JOHNSON,
SGT. SCHWARTZ,
OFFICER SHRINER,
OFFICER WIKEUM,
NURSE PRACTITIONER BOYD,
JANE DOE,
JOHN DOE # 1, and
JOHN DOE # 2,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 29, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-01044-BNB

Demetrius Thomas
Prisoner No. 141755
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk