# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 11-cv-01044-REB-CBS

DEMETRIUS THOMAS,

    Plaintiff,

v.

SGT. JOHNSON,
SGT. SCHWARTZ,
OFFICER SHRINER,
OFFICER WIKEUM,
NURSE PRACTITIONER BOYD,
JANE DOE,
JOHN DOE #1, and
JOHN DOE #2,

    Defendants.

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -6 2011

GREGORY C. LANGHAM
                 CLERK
```

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

    4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

    Dated July 5, 2011, at Denver, Colorado.

                          **BY THE COURT:**

                          */s/ Robert E. Blackburn*
                          Robert E. Blackburn
                          United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01044-REB-CBS

Demetrius Thomas
Prisoner No. 141755
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Judy Fuchs – **CERTIFIED**
Kit Carson Corr. Center
49777 County Road V
Burlington, CO 80807
**SERVICE DOCUMENTS FOR:**
**Sgt. Schwartz, Officer Shriner,**
**and Officer Wikeum**

Sgt. Johnson, and NP Boyd – **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Judy Fuchs for service of process on Sgt. Schwartz, Officer Shriner, and Officer Wikeum; and to Keith Nordell for service of process on Sgt. Johnson, and NP Boyd: AMENDED COMPLAINT FILED 6/24/11, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/6/11        .

                                                  GREGORY C. LANGHAM, CLERK

                                                  By:_____
                                                                     Deputy Clerk