IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01044-REB-CBS

DEMETRIUS THOMAS,
    Plaintiff,
v.

NURSE PRACTITIONER BOYD,
    Defendant.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action came before the court for a Motions Hearing on November 5, 2012. In accordance with the court's ruling at the Motions Hearing, granting in part Plaintiff's Motion to Seal Court Proceedings (Doc. # 86),

    IT IS ORDERED that the Clerk of the Court shall restrict at Level 1 Docs. # 86, # 76, # 76-1, # 63, # 48, # 39, # 34, # 33, # 23, # 9, and # 1.

    DATED at Denver, Colorado this 5th day of November, 2012.

                                        BY THE COURT:

                                        s/ Craig B. Shaffer
                                        United States Magistrate Judge