**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-01044-REB-CBS

DEMETRIUS THOMAS,

    Plaintiff,

v.

NURSE PRACTITIONER BOYD,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    This matter is before me on the following: (1) the **Defendant's Motion For Summary Judgement** [#93][1] and (2) the corresponding **Recommendation of United States Magistrate Judge** [#104] filed March 25, 2013. I approve and adopt the recommendation and grant the defendant's motion for summary judgment.

    No objections to the recommendation were filed. Thus, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]

    As detailed in the recommendation [#104], the plaintiff fails to establish both the objective and subjective components of an Eighth Amendment claim. In addition, the

---

[1] "[#93]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

defendant is entitled to Eleventh Amendment immunity.  On these bases, the defendant is entitled to summary judgment.  The conclusions and recommendation of the magistrate judge are correct.  Finding no error, much less plain error, in the disposition recommended by the magistrate judge, I find and conclude that the recommendation should be approved and adopted as an order of this court.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of the United States Magistrate Judge**[#104] filed March 25, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That under FED. R. CIV. P.56, the **Defendant's Motion for Summary Judgment** [#93] filed November 21, 2012, is **GRANTED**;

3.  That the plaintiff's amended complaint [#9] is **DISMISSED** with prejudice;

4. That **JUDGMENT  SHALL  ENTER** in favor of the defendant, Nurse Practitioner Boyd, against the plaintiff, Demetrius Thomas, on all claims for relief and causes of action asserted in this case;

5.  That the defendant is **AWARDED** her costs to be taxed by the clerk of the court  in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

6.  That this case is **CLOSED**.

Dated May 29, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge