IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01044-REB-CBS

DEMETRIUS THOMAS,

    Plaintiff,

v.

NURSE PRACTITIONER BOYD,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A. Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#50] entered by Judge Robert E. Blackburn on February 28, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#48] filed January 20, 2012, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the plaintiff's **Unopposed Motion Pursuant to 18 U.S.C.A. § 3626(2)** [#23] filed August 1, 2011, read as a motion for preliminary injunction, is **DENIED**;

3. That the defendants' **Motion To Dismiss** [#34] filed September 2, 2011, is **DENIED** as to the Eighth Amendment claim alleged against defendant, Nurse Practitioner Boyd, in Claim Three of the plaintiff's complaint [#9];

4. That otherwise, the defendants' **Motion To Dismiss** [#34] filed September 2, 2011, is **GRANTED**;

5. That all of the claims asserted against all named defendants are **DISMISSED**, except for the Eighth Amendment claim alleged against defendant, Nurse Practitioner Boyd, in Claim Three of the plaintiff's complaint [#9]; and

6. That defendants, Sgt. Johnson, Sgt. Schwartz, Officer Shriner, Officer Wikeum, Jane Doe, John Doe #1, and John Doe #2, are **DROPPED** from this case, and the caption shall be **AMENDED** accordingly.

B. Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** [#105] entered by Judge Robert E. Blackburn on May 29, 2013, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That the **Recommendation of the United States Magistrate Judge** [#104] filed March 25, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

2. That under Fed. R. Civ. P.56, the **Defendant's Motion for Summary Judgment** [#93] filed November 21, 2012, is **GRANTED**;

3. That the plaintiff's amended complaint [#9] is **DISMISSED** with prejudice;

4. That **JUDGMENT IS ENTERED** in favor of defendant, Nurse Practitioner Boyd, against plaintiff, Demetrius Thomas, on all claims for relief and causes of action asserted in this case; and

5. That the defendant is **AWARDED** her costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 31st day of May, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
     Edward P. Butler
     Deputy Clerk